UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Jacksonville Division*

IN RE:  Chapter 11

JAX LODGING, INC.  Case No.: 3:11-bk-00307-

Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**COMES NOW** JAX LODGING, INC. (the "Debtor"), by and through its undersigned attorney, and files this its Chapter 11 Case Management Summary, pursuant to the Administrative Order Establishing Initial Procedures in Chapter 11 Cases, entered January 31, 2005, as follows:

1. **Description of Debtor's business:**

    The Debtor, was incorporated on March 24, 2006. The Debtor is engaged in the ownership and operation of a Microtel Inn & Suites near the Jacksonville Airport.

2. **Locations of Debtor's operations and whether leased or owned:**

    As of the date of the filing, the Debtor operates its business at: 13200 International Airport Blvd., Jacksonville, Florida 32218.

3. **Reasons for filing Chapter 11:**

    The Debtor has substantial secured debt that needs to be reorganized due to a decline in the motel and tourist industry and the economy. More specifically the census is down and the per diem has declined.

4. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during one (1) year prior to filing:**

    | Name | Title | Interest | Compensation |
    | --- | --- | --- | --- |
    | Gregory L. Spatz | P/S/D | 100% | Does not receive compensation but is reimbursed for travel expenses. |
    | Gregory J. Spatz | Comptroller | | $757.70 gross per week salary [$39,400.00 + approximately $3,000.00 in tuition reimbursement in 2010] |

5. **Debtor's annual gross revenues:**

-1-

| | |
|---|---|
| 2010 ( Gross receipts or sales) | $821,379.62 |
| 2009 (Gross receipts or sales) | $1,009,151.00 |

6. **Amounts owed to various classes of creditors:**

   a. Obligations owed to *priority* such as governmental creditors for taxes or individuals for wages:

   | Identity | amounts owed |
   |---|---|
   | Florida Department of Revenue | $4,952.85 |
   | Mike Hogan, Tax Collector | $4,626.03 |
   | Mike Hogan, Tax Collector | $4,245.30 |
   | TOTAL | $13,824.18 |

   b. Identity, collateral, and amounts owed to *secured* creditors:

   | Identity | Collateral | amounts owed |
   |---|---|---|
   | Fidelity Bank | 78 room Microtel Inn and Suites | $2,275,577.62 |
   | SBA | 78 room Microtel Inn and Suites | $1,375,901.00 |
   | SBA | 78 room Microtel Inn and Suites | $79,411.00 |
   | | TOTAL | $3,730,889.62 |

   c. Amount of *unsecured* claims:

   | Identity | amounts owed |
   |---|---|
   | Purchases; Credit; Services; Advertisement; Loans; Payment arrearages; etc. | $94,257.88 |
   | TOTAL | $94,257.88 |

7. **General description and approximate value of the Debtor's current and fixed assets:**

   | Description | approx. value |
   |---|---|
   | Pretty Cash | $200.00 |
   | Checking Account @ Sun Trust No.: 9044 | $28,533.37 |

| | |
|---|---:|
| Retainer with Goldstein La Group, P.C. for possible litigation (initially $5,000.00) | Unknown |
| Bar stools, desk chairs, sofas, window seats, labor posters, receptacles, sand urns, microaves, refrigerators, clock radios, reception desk, microfridge units, brochure display rack, windowseats, futon, mirrors, paintings, bed frames, pillowtops, bed base, foundations, lobby furniture, flat panel tvs, tv mounts, luggage carts, rollaways, coffee makers | $14,500.00 |
| A/R as of 1/9/2011 | $14,563.73 |
| PBX System (phone system) | $1,500.00 |
| Commericial washers and dryers, coin operated washer and dryers, treadmill, recumbent cycle, ergometer, ice makers, ice dispensers, water filter | $1,850.00 |
| Possible lawsuit against Fidelity Bank | Unknown |
| towels, wash cloths, bath mats, pillows, bed toppers, sheets, pillowcases, downs | $1,800.00 |
| 78 room Microtel Inn and Suites (Debtor owns building but not land on which building resides) | $1,500,000.00 |
| ITEX Trade Account | Unknown |
| **TOTAL** | **$1,562,947.10** |

8. **Number of employees and amount of wages owed as of Petition date:**

    The Debtor has ten (10) employees. There were no past due wages as of the date of filing the Petition

9. **Status of Debtor's payroll and sales tax obligations, if applicable:**

    There were pre-petition payroll taxes and/or unemployment compensation obligations as of the date of filing the Petition. There was no sales tax obligation as of the date of the petition.

10. **Anticipated emergency relief to be requested within fourteen (14) days from the petition date:**

    Motion to Use Cash Collateral;
    Motions to Assume Lease;
    Motion for Authority to Pay Pre-Petition Wages;
    Applications Fixing Salary of Officer/Insider;
    Application to Employ CPA;

    **I HEREBY CERTIFY** that on this _19th_ day of January, 2011, a true and correct copy of the foregoing was sent by ■ CM/ECF Electronic Mail to:

    Buddy D. Ford Buddy@tampaesq.com, Nancy@tampaesq.com;

    United States Trustee - JAX 11 USTP.Region21.OR.ECF@USDOJ.GOV;

and by ■ Regular U.S. Mail to:

Jax Lodging, Inc., Attn: Gregory Spatz, 2785 SE 11th Street, Pompano Beach, FL 33062.

Respectfully submitted,

BUDDY D. FORD, P.A.,

_____
Buddy D. Ford, Esquire (FBN: 0654711)
115 North MacDill Avenue
Tampa, Florida 33609-1521
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Attorneys for Debtor